TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-00-00629-CV

Rohn Industries, Inc., Appellant

v.

The State of Texas, et al., Appellees

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 53RD JUDICIAL DISTRICT

NO. 99-14986, HONORABLE PAUL R. DAVIS, JR., JUDGE PRESIDING 

PER CURIAM

 Rohn Industries, Inc. has filed a motion to vacate the district court's judgment and
dismiss the case with prejudice to refiling. It has certified that the appellees do not oppose this
motion. We grant the motion. The district court's judgment is hereby vacated. This case is
dismissed with prejudice.

Before Justices Jones, Kidd and Yeakel

Vacated and Dismissed on Appellant's Motion

Filed: October 26, 2000

Do Not Publish